COURTESY COPY

E-FILED
MAR - 9 2010
Document #

JAN 29 2010

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENRAL DISTRICT OF CALIFORNIA

JOSEPH WHANG, an individual; MAGIC APPAREL GROUP, INC., a California corporation,

Plaintiffs,

vs.

TRAVELERS INDEMNITY COMPANY, a corporation; and DOES 1 through 10, inclusive,

Defendants.

CASE NO. CV 09-4465 PSG (CWx)

[PROPOSED] JUDGMENT

This action came on for hearing before the Court on March 15, 2010, the Honorable Philip S. Gutierrez, presiding, on a Motion for Summary Judgment or in the Alternative Partial Summary Judgment filed by defendant The Travelers Indemnity Company of America. The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered:

///

////

////

IT IS HEREBY ORDERED AND ADJUDGED THAT the plaintiffs Joseph Whang and Magic Apparel Group, Inc., take nothing, that the action be dismissed on the merits, and that defendant The Travelers Indemnity Company of America recover its costs of suit in the amount of ___________.

Dated: 3/9/10 ___________

Hon. Philip S. Gutierrez

Respectfully submitted by:
WESTON & McELVAIN LLP
RANDY M. McELVAIN, Bar No. 137046
CHRISTINE C. De METRUIS, Bar No. 203610
888 West Sixth Street
15th Floor
Los Angeles, California 90017
Telephone: (213) 596-8000
Facsimile: (213) 596-8039

Attorneys for Defendant
THE TRAVELERS INDEMNITY COMPANY OF AMERICA